IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV43-01-MU

| | |
|---|---|
| MARQUEION HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court for an initial review of Plaintiff's Complaint pursuant to 42 U.S.C. § 1983.

On March 16, 2010, because none of the events contained in the Complaint occurred in the district of Columbia and the named defendants are located in North Carolina, the United States District Court for the District of Columbia transferred the instant Complaint to this Court. The instant "Complaint" consists of 165 pages. Within those 165 pages are 13 separately captioned § 1983 Complaints filed on forms or completely handwritten. These Complaints are similar, but not identical and many have different signature dates. Such a filing utterly fails to comply with Rule 8 of the Federal Rules of Civil Procedure. Plaintiff may choose to refile a single Complaint containing a short and plain statement of his claim or claims.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Signed: April 26, 2010

Graham C. Mullen
United States District Judge