# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARQUEION HARRISON,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:10CV43-1-MU

STATE OF NORTH CAROLINA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2010, Order.

Signed: April 26, 2010

Frank G. Johns, Clerk
United States District Court